No. 24-1450

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| STAFFING SERVICES ASSOCIATION OF ILLINOIS, AMERICAN STAFFING ASSOCIATION, CLEARSTAFF INC., M.M.D. INC. d/b/a TheAllStaff Group, Inc., and TEMPSNOW EMPLOYMENT AND PLACEMENT SERVICES LLC, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| Plaintiffs-Appellees, | |
| v. | No. 1:23-cv-16208 |
| JANE R. FLANAGAN, in her official capacity as the Director of the Illinois Department of Labor, | The Honorable THOMAS M. DURKIN, Judge Presiding. |
| Defendant-Appellant. | |

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-appellant Jane R. Flanagan, in her official capacity as the Director

of the Illinois Department of Labor, hereby moves this Court to extend the time for

filing the opening brief in this matter. The answering brief is currently due on

Monday, May 6, 2024. Defendant-appellant requests a 30-day extension of time to

file that brief, to and including Wednesday, June 5, 2024.

The declaration of Deputy Solicitor General Alex Hemmer is attached in

support of this motion.

1

Dated:  April 22, 2024

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
115 South LaSalle Street
Chicago, IL  60603
(312) 814-5526
alex.hemmer@ilag.gov

# DECLARATION OF ALEX HEMMER

I, ALEX HEMMER, state the following:

1.      I am a citizen of the United States over the age of 18.  My current business address is 115 South LaSalle Street, Chicago, Illinois 60603.  I have personal knowledge of the facts set forth in this declaration.  If called upon to do so, I could and would competently testify thereto.

2.      I serve as Deputy Solicitor General in the Office of the Attorney General of the State of Illinois and have been assigned to represent defendant-appellant Jane R. Flanagan, in her official capacity as the Director of the Illinois Department of Labor, in this appeal captioned *Staffing Services Association of Illinois v. Flanagan*, No. 24-1450.  I am the only attorney with principal responsibility for this appeal.

3.      Defendant-appellant's opening brief is currently due on Monday, May 6, 2024.  Defendant-appellant has not previously sought an extension of time to file that brief.

4.      This motion is being made at least seven days before the opening brief's due date, as required by Circuit Rule 26.

5.      Although I have begun to draft the brief, I will not able to complete the draft, have the draft reviewed through the Office's regular review process, and file the brief with this Court by May 6, 2024, for several reasons.

6.      As Deputy Solicitor General, I devote substantial time to performing supervisory and administrative duties in addition to managing my own caseload.

These duties include reviewing briefs, managing the office's amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

7. In addition to my supervisory and administrative responsibilities, between the docketing of this appeal on March 25, 2024, and the current deadline of May 6, 2024, I have been responsible for drafting or reviewing filings in numerous other matters, including a motion to dismiss plaintiff's cross-appeal in *Piasa Armory, LLC v. Raoul*, No. 130539 (Ill.), filed on April 1, 2024; the opening brief in *Madison County Emergency Telephone Systems Board v. Barbera-Brelle*, No. 5-24-0221 (Ill. App. Ct.), originally due on April 5, 2024; the brief in opposition in *Herrera v. Raoul*, Nos. 23-878 et al. (U.S.), filed on April 15, 2024; and a motion for summary judgment in *Ross v. Gossett*, No. 15-cv-0309 (S.D. Ill.), originally due on April 22, 2024.

8. Finally, I am also out of the office from April 23 to 26, 2024, on a long-planned vacation.

9. On April 19, 2024, I gave notice to Matt Furton, plaintiffs' counsel, by providing a copy of this motion before it was filed with this Court. Plaintiffs do not oppose the requested extension.

10. I do not request this 30-day extension of time from May 6, 2024, to June 5, 2024, to file the brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this Court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed April 22, 2024.

/s/ Alex Hemmer
ALEX HEMMER

**CERTIFICATE OF FILING AND SERVICE**

I certify that on April 22, 2024, I electronically filed this motion for an extension of time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

/s/ Alex Hemmer
ALEX HEMMER