No. 24-1450

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| STAFFING SERVICES ASSOCIATION OF ILLINOIS, AMERICAN STAFFING ASSOCIATION, CLEARSTAFF INC., M.M.D. INC. d/b/a TheAllStaff Group, Inc., and TEMPSNOW EMPLOYMENT AND PLACEMENT SERVICES LLC,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>JANE R. FLANAGAN, in her official capacity as the Director of the Illinois Department of Labor,<br><br>Defendant-Appellant. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 1:23-cv-16208<br><br>The Honorable THOMAS M. DURKIN, Judge Presiding. |

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION
FOR SECOND EXTENSION OF TIME TO FILE BRIEF**

Defendant-appellant Jane R. Flanagan, in her official capacity as the Director of the Illinois Department of Labor, hereby moves this Court to extend the time for filing the opening brief in this matter. The opening brief is currently due on Wednesday, June 5. Defendant-appellant requests a 14-day extension of time to file that brief, to and including Wednesday, June 19, 2024.

The declaration of Deputy Solicitor General Alex Hemmer is attached in support of this motion.

1

Dated: May 28, 2024

Respectfully submitted,

K<small>WAME</small> R<small>AOUL</small>
Attorney General
State of Illinois

/s/ Alex Hemmer
A<small>LEX</small> H<small>EMMER</small>
Deputy Solicitor General
115 South LaSalle Street
Chicago, IL  60603
(312) 814-5526
alex.hemmer@ilag.gov

# DECLARATION OF ALEX HEMMER

I, ALEX HEMMER, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify thereto.

2. I serve as Deputy Solicitor General in the Office of the Attorney General of the State of Illinois and have been assigned to represent defendant-appellant Jane R. Flanagan, in her official capacity as the Director of the Illinois Department of Labor, in this appeal captioned *Staffing Services Association of Illinois v. Flanagan*, No. 24-1450. I am the only attorney with principal responsibility for this appeal.

3. Defendant-appellant's opening brief is currently due on Wednesday, June 5, 2024. Defendant-appellant previously sought (on April 22, 2024) and was granted one extension of time to file that brief.

4. This motion is being made at least seven days before the opening brief's due date, as required by Circuit Rule 26.

5. Although I have begun to draft the brief, I will not able to complete the draft, have the draft reviewed through the Office's regular review process, and file the brief with this Court by June 5, 2024, for several reasons.

6. As Deputy Solicitor General, I devote substantial time to performing supervisory and administrative duties in addition to managing my own caseload.

These duties include reviewing briefs, managing the office's amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

7. In addition to my supervisory and administrative responsibilities, between the prior deadline of May 6, 2024, and the current deadline of June 5, 2024, I have been responsible for drafting or reviewing filings in numerous other matters, including a motion for summary judgment in *Ross v. Gossett*, No. 15-cv-0309 (S.D. Ill.), which was filed on May 22, 2024; and the opening brief in *Piasa Armory, LLC v. Raoul*, No. 130539 (Ill.), which is due on June 10, 2024.

8. On May 28, 2024, I gave notice to plaintiffs' counsel by providing a copy of this motion before it was filed with this Court. Plaintiffs do not oppose the requested extension.

9. I do not request this 14-day extension of time from June 5, 2024, to June 19, 2024, to file the brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this Court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed May 28, 2024.

/s/ Alex Hemmer
ALEX HEMMER

**CERTIFICATE OF FILING AND SERVICE**

I certify that on May 28, 2024, I electronically filed this motion for an extension of time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

/s/ Alex Hemmer
ALEX HEMMER